## MEMORANDUM DECISIONS

BROWN v. STATE. (No. 3557.) (Court of Criminal Appeals of Texas. June 2, 1915.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. James Grant Brown was convicted of aggravated assault, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant prosecutes this appeal from a conviction for aggravated assault. The record before us contains no bills of exception, nor does a statement of facts accompany the record. We have read the motion for a new trial, and nothing is presented that can be passed upon without a statement of facts. The judgment is affirmed.

FINE v. STATE. (No. 3599.) (Court of Criminal Appeals of Texas. June 16, 1915.) Appeal from Somervell County Court; J. W. Childress, Judge. William Fine was convicted of aggravated assault, and he appeals. Af-

firmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of an aggravated assault; his punishment being assessed at a fine of $25. There are no bills of exception in the record, nor is the statement of facts before us. We are unable to revise the questions intelligently with the record in this condition. The judgment therefore will be affirmed.

GILES v. STATE. (No. 3609.) (Court of Criminal Appeals of Texas. June 16, 1915. Rehearing Denied June 25, 1915.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. Henry Giles was convicted of robbery, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of robbery. There is no statement of facts nor bill of exceptions. No question is raised which can be reviewed. The judgment is affirmed.

GOODMAN v. STATE. (No. 3610.) (Court of Criminal Appeals of Texas. June 16, 1915.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. R. Goodman was convicted of robbery, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of robbery. There is no statement of facts, nor bill of exceptions, and no question is raised which can be considered in the absence of these. The judgment is affirmed.

Ex parte HOPKINS. (No. 3656.) (Court of Criminal Appeals of Texas. June 23, 1915.) Appeal from District Court, Bexar County; W. S. Anderson, Judge. Application by Mary Hopkins, seeking bail, for writ of habeas corpus. From a judgment refusing bail, applicant appeals. Reversed. A. B. Cowen, Edward Dwyer, and Edward Dwyer, Jr., all of San Antonio, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was indicted for murder. She sued out before the district judge a writ of habeas corpus, seeking bail. The court below heard the evidence, and refused bail, from which she appealed. We have carefully read the evidence in this case. The Assistant Attorney General concedes that it is a bailable case, and in this opinion we concur. As is usual, we do not discuss the testimony. The judgment denying bail is reversed, and appellant is allowed bail in the sum of $5,000. Upon her entering into the proper bond as provided by law, the officer having custody of her will release her.

HUBBARD v. STATE. (No. 3608.) (Court of Criminal Appeals of Texas. June 16, 1915.) Appeal from Tarrant County Court; Jesse M. Brown, Judge. Gene Hubbard was convicted of aggravated assault, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction of aggravated assault, with the lowest punishment assessed. There is no bill of exceptions, nor statement of facts. No question is raised which can be reviewed in the absence of these. The judgment is affirmed.